UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MATT BRUNS, ADAM LABERNIK, and SHANE DOYLE on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

v.

AUGUSTA NATIONAL, INC.

Defendant.

**Case No.: 1:24-cv-03058**

**NOTICE OF DEFENDANT AUGUSTA NATIONAL, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12(C)**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Defendant Augusta National, Inc., by the undersigned counsel, will move this Court, the Honorable Jeannette A. Vargas, presiding, at the United States District Court for the Southern District of New York, on a date and at a time to be determined by the Court, for an order, pursuant to Federal Rule of Civil Procedure 12(c), granting judgment on the pleadings and dismissing the Amended Complaint (ECF 19) with prejudice.

[*signature on following page*]

DATED: August 22, 2025

Respectfully Submitted,

**ALSTON & BIRD LLP**

*/s/ David Venderbush*
David Venderbush
90 Park Avenue
New York, New York 10016
(212) 210-9400
david.venderbush@alston.com

Rachel Lowe (*Pro hac vice*)
350 South Grand Avenue
51st Floor
Los Angeles, CA 90071
(213) 576-1143
rachel.lowe@alston.com

*Counsel for Defendant*
*Augusta National, Inc.*

**CERTIFICATE OF SERVICE**

It is hereby certified that on this 22 day of August 2025, a copy of the foregoing was served via ECF to all counsel of record.

*/s/ David Venderbush*
David Venderbush